**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:11cr00391-003** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MAURICE HEWSTON, JR., aka** | ) | |
| **YOUNG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on October 19, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Darin Thompson.

The violation report was referred to Magistrate Judge Kenneth McHargh and a Report and Recommendation was issued September 29, 2015 [Doc. 185].  Counsel for the parties having advised the Court that no objections had been filed, the Court adopted the Report and Recommendation of the Magistrate and found that the following terms of supervision had been violated:

  1) new criminal law violation as a result of

  arrest on February 11, 2015.

Therefore, the defendant is committed to the Bureau of Prisons for a term of six months. Upon release from incarceration defendant's supervised release in this case shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

Dated: October 21, 2015

s/  *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE